**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| THE CLEVER FACTORY, INC., | * | |
| Plaintiff, | * | |
| | * | No. 3:12 cv 0325 |
| vs. | * | |
| | * | Judge Nixon |
| HARTFORD CASUALTY INSURANCE COMPANY, | * | Magistrate Judge Bryant |
| Defendant. | * | |

## ORDER OF DISMISSAL

Come now the parties, The Clever Factory, Inc. and Hartford Casualty Insurance Company, and announce to the court that all matters in the above-styled case have been compromised and settled. It is therefore:

**ORDERED, ADJUDGED, and DECREED**, by the Court that this case be, and the same hereby is, dismissed as to Defendant Hartford Casualty Insurance Company with full prejudice to Plaintiff.

It is further **ORDERED** that the parties will be responsible for their own court costs which have been incurred.

Entered this 3rd day of July, 2012.

_____
John T. Nixon
United States District Judge

APPROVED FOR ENTRY:

**MGLAW, PLLC**

s/    William N. Helou
William N. Helou, #22839
2525 West End Avenue, Suite 1475
Nashville, Tennessee 37203
615.846.8000
Fax:  615.846.9000
wnh@mglaw.net
*Attorney for plaintiff, The Clever Factory, Inc.*

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

s/     Thomas A. Williams
Thomas A. Williams, #001688
Third Floor, Pioneer Building
801 Broad Street
Chattanooga, Tennessee 37402-2621
423.265.0214
Fax: 423.267.6625
tom.williams@leitnerfirm.com
*Attorney for Defendant, Hartford Casualty Insurance Company*

2