UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
THE CLEVER FACTORY, INC.,         )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   NO.  3:12-0325
                                  )   Judge Nixon/Bryant
HARTFORD CASUALTY INSURANCE,      )
COMPANY, et al.,                  )
                                  )
        Defendants.               )
```

**O R D E R**

The parties have filed an Order of Dismissal (Docket Entry No. 15) of this case. The telephone conference previously scheduled on September 26, 2012, at 9:30 a.m. is CANCELED. The Clerk shall return the file to the Senior District Judge for his consideration of the order of dismissal.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge