# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| THE CLEVER FACTORY, INC., | * |
| Plaintiff, | * |
| vs. | * No. 3:12 cv 0325 |
| | * Judge Nixon |
| HARTFORD CASUALTY INSURANCE COMPANY, | * Magistrate Judge Bryant |
| Defendant. | * |

## ORDER OF DISMISSAL

Come now the parties, The Clever Factory, Inc. and Hartford Casualty Insurance Company, and announce to the court that all matters in the above-styled case have been compromised and settled. It is therefore:

**ORDERED, ADJUDGED, and DECREED**, by the Court that this case be, and the same hereby is, dismissed as to Defendant Hartford Casualty Insurance Company with full prejudice to Plaintiff.

It is further **ORDERED** that the parties will be responsible for their own court costs which have been incurred.

Entered this 3rd day of July, 2012.

_____
John T. Nixon
United States District Judge